

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v.  Hession, John Calvin  DEFENDANT(S). | SA 13-513 M  **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of _____def_____, IT IS ORDERED that a detention hearing is set for __Monday 11/18/13__, at __1:45__ ☐ a.m. / ☒ p.m. before the Honorable __Robert N Block__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __11/14/13__

_____
U.S. District Judge/Magistrate Judge
ROBERT N. BLOCK