```
                                            FILED
                              CLERK, U.S. DISTRICT COURT

                                     JUN - 2 2015

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY                       DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN CALVIN HESSION,<br><br>Defendant. | Case No. SA CR 13-00212-CJC<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. . § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X )  The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:

*No bail resources; use of multiple identifiers; instant allegations suggest lack of amenability to supervision.*

1   and

2   B.  ( X ) The defendant has not met his burden of establishing by clear and convincing

3         evidence that he is not likely to pose a danger to the safety of any other person or the

4         community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:

5         *Instant allegations and history of violations suggest lack of amenability to supervision.*

6         IT THEREFORE IS ORDERED that the defendant be detained pending further

7   revocation proceedings.

8

9   Dated:  _6/2/2015_____

10

11

12                                          DOUGLAS F. McCORMICK
                                           United States Magistrate Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28